Agreed Entry and Order in Resolution of TRO

The π, Dranetra Brown, by counsel, and the Δs, Marion County Board of Voter Registration and the Marion County Board of Elections, have agreed to the following:

A Provisional Ballot, submitted by an Indiana resident who has timely submitted a voter registration form issued by the Indiana Election Commission and which contains all of the information required by State Form 50504, shall not be rejected due to the fact that the resident's registration was submitted on an out-dated Indiana registration form, provided that the resident meets all other criteria for being an eligible voter.

The Indiana residents named on the attached list, provided by the Marion County

Voter Registration Board, have been determined to meet all of the eligibility requirements for a registered voter and pursuant to IC 3-11.7-5-2(b) shall not be challenged based on their submission of an out-dated Indiana voter registration form and their votes shall be counted.

Teresa James
Teresa James
Counsel for Π

[signature]
Jonathan Mayes
Counsel for Δs
Marion County Election Board
Marion County Voter Registration Board

Court Approval and Acceptance

The Court, being duly advised, accepts the Agreement of the parties and Orders the Parties to abide thereby. The Court retains jurisdiction for fourteen (14) days of this Agreement.

Hon. Richard Young
U.S.D.C. for the S.D. Ind

| Last | First | MI | Address | Phone | Note |
|---|---|---|---|---|---|
| ABDULLAH | AYESHA | | 4133 ROOKWOOD AVE | 345-4089 | OLD FORM |
| ALLISON | LENA | S | 6414 MAIDSTONE DR APT 231 | 658-1042 | OLD FORM |
| ALVIES | JOSEPH | KAYE | 3624 GUILFORD | 444-1429 | OLD FORM |
| ANDERSON | GREG | E | 2417 BALTIMORE | | OLD FORM |
| BARNETT | CLIFFORD | TERRELL | 3852 N LAYMAN | 682-7752 | OLD FORM |
| BEETS | ANTHONY | LEE | 8032 CHESTERHILL WAY | | OLD FORM |
| BELL | DOUGLAS | R | 245 N DELAWARE | | OLD FORM |
| BELL | TYRONE | D | 7921 PLACING | 687-6795 | OLD FORM |
| BERRY | RICHARD | E | 7034 E 10TH ST APT 5B | 895-5612 | OLD FORM |
| BIRDSONG | HENRY | L | 4141 BRENTWOOD DR | 731-4576 | OLD FORM |
| BOONE | ARTEL | DAVIS | 245 N DELAWARE | 890-1655 | OLD FORM |
| BOYKIN | ROBERT | | 2927 TROPICAL DR | 687-6795 | OLD FORM |
| BROOKS | LEE | | 245 N DELAWARE | 654-6650 | OLD FORM |
| BROWN | DANIELLE | D | 4142 EDGEMERE CT APT D1 | 678-6795 | OLD FORM |
| BROWN | MARIANNE | | 3701 STATION ST | | OLD FORM |
| BROWN | MIKE | | 1604 W 23RD ST | 777-4522 | OLD FORM |
| BROWN | DRAMETRA | L | 5716 BRANDON WAY APT C | 462-2865 | OLD FORM |
| BROWN | JANELLE | R | 5732 RENN LN APT A | 919-0449 | OLD FORM |
| BRYANT | PRENTISS | A | 725 N PENNSYLVANIA ST APT 308 | 985-8843 | OLD FORM |
| BRYANT | VINCENT | M | 2627 E ST CLAIRE | 635-7261 | OLD FORM |
| BRYANT | NORREL | | 3418 N KEYSTONE CT APT 54 | 504-0442 | OLD FORM |
| BURDEN | ASHLEY | BROOKE | 1075 BROOKS ST APT B3 | 701-4208 | OLD FORM |
| BURDGE | ROSS | C | 6369 ALLISONVILLE RD | 796-3701 | OLD FORM |
| CHAVEZ | ANTONIA | | 10815 CEDAR PINE DR | 842-0579 | OLD FORM |
| CLARK | TINA | LYN | PENDLETON PIKE | 640-1047 | OLD FORM |
| CLAYTON | JOSH | D | 8406 LISEMOORE DR APT E | 543-2962 | OLD FORM |
| COATS | MANDRELL | | 1162 E 42ND ST | 340-6603 | OLD FORM |
| COCKFIELD | EDWARD | | 1 WEST ST | | OLD FORM |
| COE | ERIC | LAMONT | 8810 E 41ST PL | 545-2550 | OLD FORM |
| COREY | BRIAN | A | 205 N TEMPLE | 664-8660 | OLD FORM |
| CRAIG | KATRINA | L | 3433 CENTRAL AVE | | OLD FORM |
| CRAWFORD | RICHARD | JASON | 616 E 63RD ST | 602-8820 | OLD FORM |
| CUMBERLAND | JOYCELAND | SHANTA | 4416 STOUFFER LN | | OLD FORM |
| CURRIE | RICKY | | 3523 N COLORADO AVE | 717-4730 | OLD FORM |
| DANIEL | MICHAEL | ANTHONY | 21 N GRAY ST | 546-7802 | OLD FORM |
| DAVIDSON | EQUANNA | M | 3425 N SHERMAN DR | 635-7032 | OLD FORM |
| DAYE | PRINCE | ERIC | 4516 N RALSON | 602-2184 | OLD FORM |
| DEMOSS | DONNA | K | 3419 BROOKSIDE PKWY S DR | 255-9314 | OLD FORM |
| DEWAYNE | | | 3119 N RILEY | 987-1661 | OLD FORM |
| DOLUR | MELITHA | D | 3506 E 38TH ST APT A | 545-3990 | OLD FORM |
| DOSS | JOHNNIE | E | 4244 RUELEBANC | 612-1729 | OLD FORM |
| DRAKE | ANN | N | 5825 W RUSKIN PL | 812-595-9576 | OLD FORM |
| DRANE | CHIQUANNA | | 3441 ALPINE PL | 658-0412 | OLD FORM |
| DUDLEY | DESIREE | J | 2415 SHARON | 640-3734 | OLD FORM |
| DYE | BRYSON | A | 8803 ROE RIVEREA APT 9B | 724-8877 | OLD FORM |
| EARLS | MICHAEL | L | 1220 N TUXEDO | 918-9444 | OLD FORM |
| EDWARDS | RICHARD | A | 2253 PRAIRIE FIRE LN | 832-2926 | OLD FORM |
| ELLIOTT | STACIA | D | 1719 E 36TH ST | 332-3823 | OLD FORM |
| EVANS | LATORIA | DENISE | 3525 N LAYMAN ST | 920-0120 | OLD FORM |
| FANCHER | KIMBERLY | R | 7515 E WASHINGTON ST APT 33A | 918-9997 | OLD FORM |
| FIELDS | LINDA | R | 3531 N STATION | 757-5689 | OLD FORM |
| FIELDS | TIFFANY | | 1221 FAIRFIELD AVE | 366-6742 | OLD FORM |
| FORT | RICHARD | C | 5957 BASTILLE LN | 283-6031 | OLD FORM |
| FRANKLIN | JONATHAN | LEROY | 2427 WHITCKNIGHT BLVD APT A | 654-1454 | OLD FORM |
| FRANKLIN | VIRGIL | | 3334 N CAPITOL | | OLD FORM |
| GOLD | MATHEW | B | 2831 GEORGETOWN RD | 924-5720 | OLD FORM |
| GOODALL | CHRIS | | 3013 N STUART | | OLD FORM |
| GREEN | JOHN | R | 7525 ROSEGATE DR APT 112 | 731-9795 | OLD FORM |

Notes visible: "PHOTO COPY" appears near CRAWFORD row.

| Last | First | MI | Address | Phone | Notes |
|---|---|---|---|---|---|
| GREGORY | DEAUNDRE | L | 6151 LAUREL HALL DR APT 4 | | |
| GROVES | DOMINIQUE | MICHELLE | 10080 STONYBROOK CIR | 987-0018 | OLD FORM |
| HARRIS | PHYLLIS | A | 4012 ESSEX CT | 891-0327 | OLD FORM |
| HARRIS | MCGROU | R | 1520 RENTON | 890-8385 | OLD FORM |
| HARRIS | AIESHA | MARIE | 5 KIEFER CT | 782-0372 | OLD FORM |
| HARRIS | DONTAY | E | 4018 E SAWYER | | OLD FORM |
| HARRISON | CLARISSA | | 4457 KENMORE | 547-2872 | OLD FORM |
| HARRISON | GODFREY | L | 1633 S MERIDIAN ST APT 8 | 898-0445 | OLD FORM |
| HARTWELL | TRACEY | L | 1028 UDELL ST | 850-1726 | OLD FORM |
| HAYES | KEISHA | | 5416 FALCON CREEK WAY APT 2068 | 926-1466 | OLD FORM |
| HENDERSON | ROBERT | L | 8105 HILLTOP | | OLD FORM |
| HENDERSON | BYRON | L | 4345 N ILLINOIS | 728-3011 | OLD FORM |
| HENRY | DAVID | L | 3513 ADAMS ST | 489-8953 | OLD FORM |
| HILL | SHATASHA | | 9438 CONREID DR | 890-9863 | OLD FORM |
| HILL | LYNN | E | 4817 SERENITY | | OLD FORM |
| HILLARD | DEWAYNE | | 4110 E MICHIGAN ST | | OLD FORM |
| HIX | DOROTHY | MAE | 5209 C ROSEGATE LN | 889-5919 | OLD FORM |
| HOGG | WILLIAM | P | 3151 E WASHINGTON ST | 504-1271 | OLD FORM |
| HOLLINS | KATRINA | LYNETTE | 6045 WINDSOR APT 1B | 357-3609 | OLD FORM |
| HUFF | RAYMOND | F | 4327 N KITLEY AVE | 890-8526 | OLD FORM |
| HUGGINS | RITA | F | 5960 W 500 S TOPEKA | 260-593-3403 | OLD FORM |
| HUGHES | KEVIN | L | 3501 N PARKER | 717-5353 | OLD FORM |
| HUNT | TERRANCE | L | 3655 N GRAND | 640-1982 | OLD FORM |
| JAKE | JOHN | F | 3859 E 32ND ST | 504-7488 | OLD FORM |
| JAMES | MIKE | | 3647 N BUTLER | 925-8864 | OLD FORM |
| JENKINS | DEBRA | M | 2322 HILLSIDE | 833-5551 | OLD FORM |
| JENKINS | DONALD | M | 2322 N HILLSIDE | 404-287-9633 | OLD FORM |
| JOHNSON | JOHN | J | 8719 RUE RIVERIA APT 3A | 895-7591 | OLD FORM |
| JOHNSON | JULIUS | | PO BOX 44174 | 490-4050 | OLD FORM |
| JOHNSON | VICTOR | | 342 N DENNY | 946-1330 | OLD FORM |
| JOHNSON | GORDON | WAYNE | 7525 ROSEGATE DR APT 115 | 865-9705 | OLD FORM |
| JONES | JAVON | R | 2322 HILLSIDE | 938-6557 | OLD FORM |
| JONES | ERNEST | R | 7195 ISLANDER DR APT F | 546-4474 | OLD FORM |
| JORDAN | LISA | KAY | 1810 N EUCLID AVE | 356-2425 | OLD FORM |
| KIDWELL | MARY | ELLEN | 920 E CRAGMONT DR | | OLD FORM |
| KINCHLOW | JOAN | A | 2408 E 28TH ST | 923-6010 | OLD FORM |
| KINCHLOW | MERLE | V | 2832 E 78TH APT 302 | | OLD FORM |
| KNOX | KENNETH | | 3515 N CAROLINE | 545-8085 | OLD FORM |
| LAMBERT | ROYCE | D | 922 PARK HOOVER VILLAGE DR APT D | | OLD FORM |
| LEWIS | JERRY | RUSSELL | 6440 WOODWIND DR | 222-8994 | OLD FORM |
| LINDLE | ELLIOTT | W | 919 TIMBERCREEK DR | 362-8896 | OLD FORM |
| LINGASHI | TOSHUA | SHUREE | 6404 LUPINE DR | 724-1792 | OLD FORM |
| LOPEZ | JANET | LEE | 9024 EL DORADO DR APT 204 | | OLD FORM |
| LOVELL | JESSICA | MARIE | 459 S KENMORE RD | 627-6008 | OLD FORM |
| MALONE | BOBBY | E | 9019 RICHELIEU RD | 777-2693 | OLD FORM |
| MCCALLY | HOLLY | M | 7303 ATMORE DR | 517-4188 | OLD FORM |
| MCFONE | ANDREW | C | 4424 N COLLEGE AVE | 860-690-3369 | OLD FORM |
| MCGLINCHEY | MELISSA | C | 6147 RALSTON AVE | 352-2046 | OLD FORM |
| MCLAUGHLIN | MELISSA | A | 1818 BANCROFT ST | | OLD FORM | ILLEGIBLE |
| MCMULLEN | SAMMIE | L | 3227 HEATHER RIDGE DR APT 103 | 925-4831 | OLD FORM |
| MEDEN | JOSH | | 2183 SUSSEX LN APT 814 | 828-9122 | OLD FORM |
| MILLIKEN | SONYA | G | 4342 FALLCREEK PKWY N DR | 920-9122 | OLD FORM |
| MOORE | ANTHONY | | 2407 SHELDON ST | 222-8189 | OLD FORM |
| MOORE | CHAZELL | L | 3149 E WASHINGTON | 491-1671 | OLD FORM |
| MOORE | LAKIESHA | T | 3331 N BANCROFT | 546-2840 | OLD FORM |
| MORFORD | LORAINE | VERA | 115 B ALBANY WAY | 783-2616 | OLD FORM |
| MORFORD | ROBERT | ROY | 115 B ALBANY WAY | 783-2616 | OLD FORM |
| MORRIS | MICHAEL | E | 4443 KENYON | 547-3226 | OLD FORM |

| Last Name | First Name | MI | Address | Phone | Notes |
|---|---|---|---|---|---|
| MOTON | JOHN | A | 3114 HIDDEN PINE DR | 287-4044 | OLD FORM |
| MURDOCK | JAMEIA | S | 1075 BROOKS ST APT A2 | 473-1920 | OLD FORM |
| MURPHY | DAVID | G | 9349 CHELSEA VILLAGE DR | 876-3887 | OLD FORM |
| MURRY | SCHENEE | D | 7515 E 36TH ST | 748-3380 | OLD FORM |
| NORRIS | CURTIS | R | 1214 UNION | 925-5569 | OLD FORM |
| NORTH | ISACC | J | 2950 N RUCKLE | 473-4374 | OLD FORM |
| OCASIO | PATRICK | D | 54039 ARBORCREST DR | 748-8472 | OLD FORM |
| OUTLAW | SHARON | M | 3345 GRACELAND | 299-5469 | OLD FORM |
| OWENS | JAMES | L | 2030 RALSTON AVE | 717-7867 | OLD FORM |
| PALMER | PHYLLIS | A | 8529 E 42ND ST | 890-0726 | OLD FORM |
| PARTAIN | NATHAN | J | 516 SUTHERLAND AVE | 921-7598 | OLD FORM |
| PARTAIN | SARAH | E | 516 SUTHERLAND AVE | 921-7598 | OLD FORM |
| PAULK | DENISE | R | 4040 PINEHURST E DR APT B | 796-9368 | OLD FORM |
| PHILLIPS | FERN | E | 3565 N KEYSTONE AVE | 373-9158 | OLD FORM |
| PORK | BRUCE | A | 3605 N OXFORD | 543-2850 | OLD FORM |
| PURDY | DORIS | VIRGINIA | 7525 ROSEGATE DR APT 134 | | OLD FORM |
| PURNELL | ERVIN | L | 1128 N TRAUB AVE | 918-9714 | OLD FORM |
| RADFORD | TANYIKA | SHANA | 6669 CEDAR STONE DR | 339-0719 | OLD FORM |
| RADISH | EDNA | MAE | 7525 ROSEGATE DR APT 136 | 885-9820 | OLD FORM |
| RAY | LEONARD | C | 727 N SHEFFIELD AVE | 222-8478 | OLD FORM |
| REED | LATASHA | N | 6037 DICKSON RD | 213-1873 | OLD FORM |
| REYNOLDS | ASHLEY | N | 4523 N KINGSLAY DR | 603-5945 | OLD FORM |
| RICE | WALLACE | L | 6102 COPELAND MILLS CT | 339-4750 | OLD FORM |
| ROBERTS | SHAUNA | V | 3331 N SHERMAN DR | 603-1505 | OLD FORM |
| ROBERTS | MICHAEL | L | 1442 W 23RD ST | 638-6803 | OLD FORM |
| ROBERTS | DEE | M | 1231 BERSOL PKWY | 631-4145 | OLD FORM |
| ROBEY | GEORGE | E | 1014 W 34TH ST | 918-6184 | OLD FORM |
| ROBINSON | ERIC | D | 2004 E 34TH ST | | OLD FORM |
| ROBINSON | CHANDRA | D | 3639 GRANT | 717-0531 | OLD FORM |
| ROGERS | HENRY | | 245 N DELAWARE | 687-6795 | OLD FORM |
| RUIZ | ALEX | | 3360 N COLORADO AVE | 951-579-9018 | OLD FORM |
| RYAN | LENA | LASHELLE | 3705 REMINGTON DR | | OLD FORM |
| SAFER | LAMONT | A | 1854 HOLLOWAY | 269-0002 | OLD FORM |
| SCAGNOLI | NICHOLE | M | 628 W 38TH ST | | OLD FORM |
| SCOTT | MARK | EVERETT | 338 S LYONS AVE | 243-3510 | OLD FORM |
| SCOTT | CHRISTOPHER | KIREN | 831 EAGLEHILL DR APT H | 605-9506 | OLD FORM |
| SIEGEL | DIONNE | M | 3621 N TEMPLE | 545-1252 | OLD FORM |
| SISKAVICH | JAMES | CHARLES | 3459 S LYNHURST DR | 244-8652 | OLD FORM |
| SMITH | JAMES | | 3616 CEDAR PINE PL | 253-1542 | OLD FORM |
| SMITH | DARRELL | L | 3620 N GRANT | 546-9592 | OLD FORM |
| SMITH | BRANDON | L | 8919 MEADOWLARK DR | | OLD FORM |
| SMITH | ALICIA | N | 26 E 14TH ST | | OLD FORM |
| SMITH | DERRICK | | 3222 CATHERWOOD AVE | 361-2206 | OLD FORM DOB MISSING |
| SMITH | DOROTHY | B | 5256 D ROSEGATE LN | 547-4034 | OLD FORM |
| SMITHERMAN | NESHIONA | | 4034 N COLORADO DR | 222-8819 | OLD FORM |
| SNOW | DOMINIC | J | 820 BRADLEY | | OLD FORM ILLEGIBLE |
| SQUIRES | JANE | EVELYN | 5239 D ROSEGATE LN | | OLD FORM |
| STARKIVANT | GLORIA | | 3517 chester | 543-9548 | OLD FORM |
| STEPHENSON | LABRENDAH | DAWN | 2849 W 30TH ST | 926-3436 | OLD FORM |
| STEWART | LISA | Y | 2103 E 38TH ST | | OLD FORM |
| STITCH | PERRY | EARL | 9801 PLESANT WAY | 575-8189 | OLD FORM |
| SWANAGAN | JOHN | | 3445 BETHEL | 786-4749 | OLD FORM |
| SWANSON | ERIC | L | 2001 N GOODLET AVE | 890-8164 | OLD FORM |
| TATE | DARRYL | D | 7208 KINGWOOD CT APT 107 | 595-0380 | OLD FORM |
| TATE | ANNIE | RENEA | 7208 KINGWOOD CT APT 107 | 595-0380 | OLD FORM |
| TENORIO | IRENE | | 2139 LAWRENCE AVE | 701-3827 | OLD FORM |
| THOMAS | ROBERT | | 2640 COLD SPRINGS RD | 724-1792 | OLD FORM |
| THOMPSON | ERICA | L | 1520 RENTON | 782-0372 | OLD FORM |

| Last | First | MI | Address | Phone | Form |
|---|---|---|---|---|---|
| THOMPSON | EBENEE | J | 8956 BRIGADIER DR APT A | 985-320-3522 | OLD FORM |
| THORNTON | TAURUS | | 1040 N DELAWARE APT 67 | | OLD FORM |
| TIGNER | ANTWANN | M | 3446 ORCHARD AVE | 717-0327 | OLD FORM |
| TOWNSEND | SHARRINE | | 4312 N ELIZABETH | 474-2841 | OLD FORM |
| TRUTH | ERICK | | 1415 S PENNSYLVANIA ST | | OLD FORM |
| TUCKER | AARON | B | 3562 N DREXEL | 728-4055 | OLD FORM |
| TURMAN | TANTLEA | S | 4033 HAMPSHIRE CT | 717-7055 | OLD FORM |
| TURNEY | JAMES | A | 1113 W 35TH ST | 459-6043 | OLD FORM |
| TWYMAN | TORRENCE | | 2911 E 36TH ST | 591-0943 | OLD FORM |
| VELEZ | TYRISE | D | 3470 N DEARBORN | 664-6000 | OLD FORM |
| VONNEGUI | RICHARD | C | 710 E 58TH ST | 251-0213 | OLD FORM |
| WALKER | ALICE | M | 8705 RUE RIVERIA APT 2A | 918-1174 | OLD FORM |
| WALKINS | LOUIS | J | 3103 SUTHERLAND | 227-9937 | OLD FORM |
| WELLS | TIFFANY | D | 4928 FLAME WAY | 658-6507 | OLD FORM |
| WHITE | WOODIE | L | 860 W 10TH ST APT 123 | 638-0137 | OLD FORM |
| WHITE | CHRISTOPHER | S | 3410 S EMERSON AVE | 607-2958 | OLD FORM |
| WIGGINS | ANTHONY | L | 740 W 10TH ST APT B2 | 457-5812 | OLD FORM |
| WILKERSON | TAKISHA | Z | 1325 JEFFERSON | 504-0442 | OLD FORM |
| WILLIAMS | FAIRY | L | 4049 EASTERN AVE | 546-0317 | OLD FORM |
| WILLIAMS | VERONICA | | 3033 RUCKLE | 266-1282 | OLD FORM |
| WILLIAMS | AUBREY | | 3502 LESLEY AVE | 531-9836 | OLD FORM |
| WILSON | JACINTA | | 4040 PINE HORSE E APT C | 504-2316 | OLD FORM |
| WILSON | EUGENIA | D | 10236 ARAPAHOE DR | 898-0370 | OLD FORM |
| WILSON | EBONEY | N | 4157 SHADY OAK DR APT A | 474-2428 | OLD FORM |
| WILSON | BRIDGET | KAY | 7815 CULLEN | 519-8983 | OLD FORM |
| WILSON | JIMMY | A | 1633 S MERIDIAN ST APT 6 | 869-9603 | OLD FORM |
| WILSON | SIDNEY | | 9037 E 12TH ST | 755-9502 | OLD FORM |
| WOODS | KATRINA | D | 807 N TACOMA AVE | 654-1036 | OLD FORM |
| WRIGHT | PATRELL | A | 354 W 31ST ST | 926-0427 | OLD FORM |
| YANCEY | LISA | M | 3353 NICHOLAS | 295-3252 | OLD FORM |
| YOUNG | STACY | L | 6122 COOPER RD | 222-8673 | OLD FORM |